IN RE CHRISTOPHER G.

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 101, is denied.

*Robert M. Casale,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided January 18, 1990

STATE OF CONNECTICUT *v.* ROBERT W. PETTERSEN

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 288, is denied.

*John J. Carta, Jr.,* in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided January 18, 1990

EUGENE E. KROHNER *v.* SEYBURT ASSOCIATES LIMITED PARTNERSHIP

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 298, is denied.

*Martin A. Gould,* in support of the petition.

Decided January 18, 1990